UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 08-0292-AG (ANx) | Date | October 16, 2008 |
|---|---|---|---|
| Title | COOCHIE LLC v. HAGOS T. ABRAHA, MEKONNEN T. ABRAHA, AND NEW START REALTY INC., JENNY NAM | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY JURISDICTION SHOULD NOT BE DENIED AND SANCTIONS IMPOSED**

All hearings in this matter are off the calendar until the Court determines jurisdiction. The Court ORDERS Eden Noe ("Attorney Noe"), attorney for Plaintiff Coochie LLC ("Plaintiff") in this matter and for her mother Amy Kim in another matter, to appear in court at 10:00 A.M. on October 27, 2008 to show cause why this case should not be dismissed for lack of jurisdiction and why sanctions should not issue against Attorney Noe, her clients, or both.

At the hearing, Attorney Noe must present admissible evidence showing that diversity jurisdiction exists. Further, Attorney Noe must explain why the Court should not impose sanctions, including possible reporting to the State Bar of California, for making diversity allegations that are not well-grounded in fact after a reasonable inquiry. FED. R. CIV. P. 11. "Blind reliance" on a client for determining legal questions of citizenship does *not* satisfy the reasonable inquiry requirement of Rule 11. *Hendrix v. Naphtal*, 971 F.2d 398, 400 (9th Cir. 1992).

The Court is particularly concerned that false statements have been made to federal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 08-0292-AG (ANx) | Date | October 16, 2008 |
|---|---|---|---|
| Title | COOCHIE LLC v. HAGOS T. ABRAHA, MEKONNEN T. ABRAHA, AND NEW START REALTY INC., JENNY NAM | | |

courts.  In an answer filed on January 8, 2008 in the Western District of Texas, Attorney Noe stated that "Coochie LLC was formed under Texas law, but the citizenship of its member, Amy Kim, is California.  Under the applicable law, *Coochie LLC's citizenship is California*, and Eden Noe's citizenship is California, thus fulfilling the diversity requirement."  (Def.'s Ex. 5 at 30 (emphasis added).)  In the present litigation,  on October 8, 2008, Attorney Noe filed a document stating, "Under applicable law, *Coochie LLC's citizenship is Texas* and the citizenship of all of the defendants are California; therefore, the diversity requirement is fulfilled."  (Opp'n 7:11-14 (emphasis added).)  In the Western District of Texas litigation she argued that Coochie was a citizen of California.  In the Central District of California litigation she argues that Coochie is a citizen of Texas.  It seems that Attorney Noe changes her pleadings as necessary to support diversity jurisdiction wherever she is.

If Attorney Noe decides to dismiss this case before the hearing, then the Court will cancel the hearing.

:    0

Initials of
Preparer                    lmb